**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eugene PONCE DE LEON,**
**Defendant–Appellant.**

No. 11–13881
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 29, 2012.

Peggy Morris Ronca, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Stephen John Langs, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Eugene Ponce De Leon, Miami, FL, pro se.

Before BARKETT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Eugene Ponce de Leon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ponce de Leon's conviction and sentence, in the present case, imposed by the district court on August 12, 2012, are **AFFIRMED.**[1]

---

1. Although Ponce de Leon was also sentenced by the district court in a separate supervised release revocation proceeding the same day, he did not appeal that ruling.